473 A.2d 678

Foderaro v. Iacono, Appellants.

Argued March 6, 1984.  Francis E. Baldo, for appellants;  G. Guy Smith, for appellee.

Before ROWLEY, MONTEMURO and JOHNSON, JJ.

Order denying petition to open is affirmed.